**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
The Honorable Raymond P. Moore**

Civil Action No. 15-mc-00049-RM

NATHANIEL L. PENALOSA,

    Movant,

v.

DEPARTMENT OF DEFENSE,

    Respondent.

___

**ORDER DIRECTING MOVANT TO CURE DEFICIENCY**
___

Movant has submitted to the Court a document titled "Motion to File Without Payment of Filing Fee" (ECF No. 3). As part of the Court's review of the Motion, the Court has determined that the Motion is deficient as described in this order. Movant will be directed to cure the following if he wishes the Court to determine whether he may proceed without prepayment of fees or costs.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1) _____ is not submitted

(2) _____ is missing affidavit

(3) _____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) _____ is missing certificate showing current balance in prison account

(5) _____ is missing required financial information

(6) _____is missing authorization to calculate and disburse filing fee payments

(7) _____is missing an original signature by the prisoner

(8) **xx**   is not on proper form (must use the court's current form)

(9) _____names in caption do not match names in caption of complaint, petition or habeas application

(10) _____other: _____ .

Accordingly, it is

**ORDERED** that Movant shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) at www.cod.uscourts.gov and cure the deficiency designated above within twenty (20) days from the date of this order. Any papers that Movant files in response to this order must include the civil action number on this order.

DATED this 3rd day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge