# EVIDENCE OF DATE UPON WHICH THE NOTICE WAS MAILED OR SERVED UPON MOVANT

*As requested by ORDER TO SUPPLEMENT by the Honorable Raymond P. Moore*

*In reference to Civil Action No. 15-mc-00049-RM*

I was served the notice regarding the subpoena duces tecum (subpoena) on February 18, 2015 at approximately 1230 pm MST by Special Agent Christopher Kelly of Air Force Office of Special Investigations (AFOSI) Detachment 808. When I was served the notice by Special Agent Christopher Kelly, I was not asked to sign any form of receipt that would constitute as evidence that I was served in person. My military assigned defense counsel, Capt Jenny Liabenow confirmed the absence of the receipt and verified the name of the Special Agent that served the subpoena with AFOSI Detachment 808 on March 11, 2015.

I certify that my motion is timely and that my motion was sent through USPS Certified Mail on February 28, 2015. This meets the 10 day requirement to submit a motion pursuant to the Right to Financial Privacy Act of 1978. Below is a copy of the certified mail receipt for your reference.

_____
Nathaniel L. Penalosa

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2015

JEFFREY P. COLWELL
CLERK